JACOB GOLDMAN v. JONAS WEIL.— Application denied, with ten dollars

costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.